## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DISTRICT

| | |
|---|---|
| DAVID STAMER, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | Case No.   16-cv-05578 |
| DYNAMIC RECOVERY SOLUTIONS, LLC, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff David Stamer and Defendant Dynamic Recovery Solutions, LLC (the "Parties"), by and through their respective undersigned counsel, that all claims raised by Plaintiff David Stamer, including Plaintiff's motion for class certification set for October 12, 2016 at 9:30 am, be withdrawn and the case dismissed against Defendant Dynamic Recovery Solutions, LLC, without prejudice and without costs or disbursements awarded to either party.

ATTORNEYS FOR PLAINTIFF,
DAVID STAMER


By: /s/ Shannon M. Geier

Richard J. Meier, Esq.
MEIER LLC
53 W. Jackson Boulevard, Suite 304
Chicago, IL 60604
Tel:  (312) 242-1849
Fax:  (312) 242-1841
richard@meierllc.com

ATTORNEYS FOR DEFENDANT
DYNAMIC RECOVERY SOLUTIONS, LLC


By: /s/ Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 N LaSalle Street, Suite 300
Chicago, IL 60601
Tel:  (312) 704-3025
Fax:  (312) 704.3001
E-mail: jweller@hinshawlaw.com


Dated: September 26, 2016

Shannon M. Geier, Esq.
GEIER LAW LLC
910 W. Van Buren St., Suite 2S
Chicago, IL 60607
Tel: (312) 837-3006
Fax: (312) 829-3729
sgeier@geierlawfirm.com


Dated: September 26, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2016, a copy of the foregoing was filed

electronically via the Court's CM/ECF system. Notice of this filing will be sent to the parties of

record by operation of the Court's electronic filing system. Parties may access this filing through

the Court's system.

_/s/ Shannon M. Geier_
Shannon M. Geier
Attorney for Plaintiff and Class