# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DISTRICT

| | |
|---|---|
| DAVID STAMER, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC,<br><br>        Defendant. | Case No.   16-cv-05578 |

## STIPULATION OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff David Stamer and Defendant Dynamic Recovery Solutions, LLC (the "Parties"), by and through their respective undersigned counsel, that all claims raised by Plaintiff David Stamer, including Plaintiff's motion for class certification set for October 12, 2016 at 9:30 am, be withdrawn and the case dismissed against Defendant Dynamic Recovery Solutions, LLC, without prejudice and without costs or disbursements awarded to either party.

| ATTORNEYS FOR PLAINTIFF,<br>DAVID STAMER | ATTORNEYS FOR DEFENDANT<br>DYNAMIC RECOVERY SOLUTIONS, LLC |
|---|---|
| By: /s/ Shannon M. Geier | By: /s/ Jennifer W. Weller |
| Richard J. Meier, Esq.<br>MEIER LLC<br>53 W. Jackson Boulevard, Suite 304<br>Chicago, IL 60604<br>Tel:  (312) 242-1849<br>Fax:  (312) 242-1841<br>richard@meierllc.com | David M. Schultz<br>Jennifer W. Weller<br>HINSHAW & CULBERTSON LLP<br>222 N LaSalle Street, Suite 300<br>Chicago, IL 60601<br>Tel:  (312) 704-3025<br>Fax:  (312) 704.3001<br>E-mail: jweller@hinshawlaw.com<br><br> Dated: September 26, 2016 |

Shannon M. Geier, Esq.
GEIER LAW LLC
910 W. Van Buren St., Suite 2S
Chicago, IL 60607
Tel: (312) 837-3006
Fax: (312) 829-3729
sgeier@geierlawfirm.com


Dated: September 26, 2016


## CERTIFICATE OF SERVICE

     I hereby certify that on September 26, 2016, a copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


                                        */s/ Shannon M. Geier*
                                        Shannon M. Geier
                                        Attorney for Plaintiff and Class